FILED
2025 Nov-06 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM W. HORSMAN, III, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:25-cv-01581-ACA-SGC |
| WARDEN JOSEPH HEADLEY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner William Horsman, III filed a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus and a related motion. (Docs. 1, 4). The magistrate judge entered a report recommending the court dismiss this case for lack of jurisdiction on successiveness grounds. (Doc. 5). In response, Mr. Horsman filed an affidavit describing a parole hearing but not addressing the magistrate judge's report and recommendation. (Doc. 6).

To the extent Mr. Horsman's affidavit could be construed as an objection, the court **OVERRULES** it. Nothing in the affidavit relates to the successiveness of Mr. Horsman's petition. After careful consideration of the entire record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DISMISS** Mr. Horsman's § 2254 petition for

lack of jurisdiction. A ruling on a certificate of appealability is not required. *Osbourne v. Sec'y, Fla. Dep't of Corr.*, 968 F.3d 1261, 1264 n.3 (11th Cir. 2020).

The court will enter a separate final order.

**DONE** and **ORDERED** this November 6, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE